# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------X
JOSE MARCANO,
                Plaintiff,

          -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------X

19 **CIVIL** 3704 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2019, that pursuant to the fourth sentence of 42 U.S.C. § 405(g), as incorporated by 42 U.S.C. § 1383(c)(3), the Commissioner's decision is reversed and plaintiff's application for disability insurance benefits is remanded for further administrative proceedings, including but not limited to, a new hearing and a new decision.

**Dated:** New York, New York
         December 19, 2019

                                      **RUBY J. KRAJICK**
                                        Clerk of Court
                **BY:**
                                          **Deputy Clerk**