UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-----------------------------------------------------------X
JOSE MARCANO,
                        Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
-----------------------------------------------------------X

19 CIVIL 3704 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2020, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $4,879, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

**Dated:** New York, New York
          March 16, 2020

                                                     **RUBY J. KRAJICK**
                                                          Clerk of Court
                              BY:
                                                           Deputy Clerk